

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00271-CR

Ric Duane **MARLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10059
Honorable Ray Olivarri, Judge Presiding

PER CURIAM

Sitting:       Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  June 25, 2014

MOTION TO WITHDRAW APPEAL GRANTED; APPEAL DISMISSED

On June 13, 2014, appellant filed a motion to withdraw his appeal. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish